# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| TRAVIS BAXTER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00246-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| NISSAN OF SHELBY, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2023 Order.

September 11, 2023

Katherine Hord Simon, Clerk
United States District Court